IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILLIAM MILLEDGE, CATO
WALTHOUR, SAMUEL WALTHOUR,
and CORNELL SHAW,

    Plaintiffs,

vs.

RAYONIER, INC.,

    Defendant.

CIVIL ACTION NO.: CV204-133

## ORDER

Defendant has filed a Notice of Withdrawal of its Motion to Compel Plaintiff's Discovery Responses. (Doc. 21.) Accordingly, Defendant's Motion to Compel (Doc. 13) is **dismissed**.

**SO ORDERED**, this 15th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)