AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

CATO WALTHOUR AND SAMUEL
WALTHOUR

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV204-133

RAYONIER INC.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order entered November 30, 2005, granting Rayonier's

motion for summary judgment;  judgment is hereby entered granting Defendant Rayonier's

motion for summary judgment and this case stands dismissed

November 30, 2005
_____
*Date*

Scott L. Poff
_____
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03